MARVINS CREDIT, INC., a Corp. t/a
Eiseman's, Appellant,

v.

Cecil GRAYSON, Appellee.

No. 2343.

Municipal Court of Appeals for the
District of Columbia.

Argued Feb. 9, 1959.

Decided March 31, 1959.

Abraham Chaifetz, Washington, D. C.,
for appellant.

No appearance for appellee.

Before ROVER, Chief Judge, and
HOOD and QUINN, Associate Judges.

PER CURIAM.

This appeal concerns an order of the trial
court setting aside a default judgment. In
view of the circumstances of the case we
think the action was proper and the case
may now be tried on its merits.

Affirmed.